UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY GUSTAFSON,<br>      Plaintiff,<br>v.<br>CITY OF SAN JOSE, et al.,<br>      Defendants. | Case No. 5:19-cv-03047-EJD<br><br>**ORDER REGARDING THIS COURT'S OCTOBER 2, 2019 ORDER**<br><br>Re: Dkt. No. 22 |

On October 2, 2019, this Court issued an order addressing various questions posed by Plaintiff and ordering Plaintiff to amend her complaint by **November 1, 2019**. This Court's ability to provide legal advice or aid to Plaintiff is limited. The Court cannot provide Plaintiff legal guidance, nor can it opine on hypothetical legal questions such as whether Gilbert Rivero can act on her behalf. Plaintiff indicates in her most recent letter that she has consulted Kevin Knestick. The Court urges Plaintiff to bring her letter and this order to Mr. Knestick so that he may aid Plaintiff with her questions. Again, Plaintiff must submit an amended complaint by **November 1, 2019** or her complaint will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 15, 2019

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-03047-EJD
ORDER REGARDING THIS COURT'S OCTOBER 2, 2019 ORDER
1